# United States Bankruptcy Court
## District of Oregon

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Eugene Pipe, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **dba Ridgeline Pipe Manufacturing** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **26-1784197** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **2220 Nugget Way, Eugene, OR**    ZIP CODE **97403** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **Lane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eugene Pipe, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   Not Applicable<br>       Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Eugene Pipe, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

### Signature of Attorney

X **/s/ Loren S. Scott**
Signature of Attorney for Debtor(s)

**Loren S. Scott  Bar No.  #024502**
Printed Name of Attorney for Debtor(s) / Bar No.

**Muhlheim Boyd**
Firm Name

**88 East Broadway Eugene, OR 97401**
Address

**541-868-8005**            **541-868-8004**
Telephone Number

**3/4/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Mike Stickel**
Signature of Authorized Individual

**Mike Stickel**
Printed Name of Authorized Individual

**MICA Investments, LLC, Member**
Title of Authorized Individual

**3/4/2011**
Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Oregon

In re **Eugene Pipe, LLC**                            , Case No. _____

                Debtor                                  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Small Business Administration**<br>**c/o Cascade West**<br>**859 Willamette Street, Ste 500**<br>**Eugene, OR 97401** | Michelle Serrano<br><br>Small Business Administration<br>c/o Cascade West<br>859 Willamette Street, Ste 500<br>Eugene, OR 97401 | | | **$1,596,970.00**<br><br>**SECURED VALUE:** $0 |
| **Wildish Equipment Loan**<br>**PO Box 7428**<br>**Eugene, OR 97401** | Randy Hledik<br><br>Wildish Equipment Loan<br>PO Box 7428<br>Eugene, OR 97401 | | | **$184,429.00** |
| **Wildish**<br>**PO Box 7428**<br>**Eugene, OR 97401** | Randy Hledik<br><br>Wildish<br>PO Box 7428<br>Eugene, OR 97401 | | | **$163,183.00** |
| **Sherman Bros. Trucking**<br>**PO Box 706**<br>**Harrisburg, OR 97446-9738** | Bart Sherman<br><br>Sherman Bros. Trucking<br>PO Box 706<br>Harrisburg, OR 97446-9738 | | | **$96,855.00** |
| **Wildish**<br>**PO Box 7428**<br>**Eugene, OR 97401** | Randy Hledik<br><br>Wildish<br>PO Box 7428<br>Eugene, OR 97401 | | | **$49,983.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Eugene Pipe, LLC**, Case No. _____
　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Sasol**<br>21325-B Cabot Blvd.<br>Hayward, CA 94545 | **Legal Department**<br><br>**Sasol**<br>21325-B Cabot Blvd.<br>Hayward, CA 94545 | | | $48,048.00 |
| **Arkema**<br>2000 Market Street<br>Philadelphia, PA 19103-3222 | **Legal Department**<br><br>**Arkema**<br>2000 Market Street<br>Philadelphia, PA 19103-3222 | | | $46.515.00 |
| **Columbia River Carbonates**<br>PO Box 2350<br>Woodland, WA 98674-1103 | **Bernie Schockelt**<br><br>**Columbia River Carbonates**<br>PO Box 2350<br>Woodland, WA 98674-1103 | | | $46,369.00 |
| **Multi-Fittings**<br>PO Box 93860<br>Chicago, IL 60673-3860 | **Don Riches**<br><br>**Multi-Fittings**<br>PO Box 93860<br>Chicago, IL 60673-3860 | | | $44,071.00 |
| **Chemical Distributors, Inc.**<br>PO Box 10763<br>Portland, OR 97296-0763 | **Don Cruickshank**<br><br>**Chemical Distributors, Inc.**<br>PO Box 10763<br>Portland, OR 97296-0763 | | | $43,331.00 |
| **Stafek & Son Trucking, Inc.**<br>3895 Commercial Ave.<br>Springfield, OR 97478 | **Jon Stafek**<br><br>**Stafek & Son Trucking, Inc.**<br>3895 Commercial Ave.<br>Springfield, OR 97478 | | | $26,421.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Eugene Pipe, LLC** , Case No. _____
       Debtor                                  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Open Road Transportation, Inc.**<br>**PO Box 627**<br>**Dallas, OR 97338** | **Michael Storm**<br><br>**Open Road Transportation, Inc.**<br>**PO Box 627**<br>**Dallas, OR 97338** | | | **$24,780.00** |
| **Ferro Chemicals US**<br>**7061 East Pleasant Valley Road**<br>**Independence, OH 44131** | **Legal Department**<br><br>**Ferro Chemicals US**<br>**7061 East Pleasant Valley Road**<br>**Independence, OH 44131** | | | **$19.500.00** |
| **NSF International**<br>**Dept. Lockbox #771380**<br>**PO Box 77000**<br>**Detroit, MI 48277-1380** | **Legal Department**<br><br>**NSF International**<br>**Dept. Lockbox #771380**<br>**PO Box 77000**<br>**Detroit, MI 48277-1380** | | | **$17,205.00** |
| **Personnel Source**<br>**555 Lincoln Street**<br>**Eugene, OR 97401** | **Terry Stiltner**<br><br>**Personnel Source**<br>**555 Lincoln Street**<br>**Eugene, OR 97401** | | | **$15,580.00** |
| **Oak Harbor Freight**<br>**PO Box 1469**<br>**Auburn, WA 98071-1469** | **Legal Department**<br><br>**Oak Harbor Freight**<br>**PO Box 1469**<br>**Auburn, WA 98071-1469** | | | **$15,265.00** |
| **Sherman, Jeff**<br>**1210 Woodside Drive**<br>**Eugene, OR 97401** | **Jeff Sherman**<br><br>**Sherman, Jeff**<br>**1210 Woodside Drive**<br>**Eugene, OR 97401** | | | **$11,980.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Eugene Pipe, LLC**                                , Case No. _____

                          Debtor                                          Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **IPS** <br> **PO Box 379** <br> **Gardenia, CA 90248** | **Brian McCarty** <br><br> **IPS** <br> **PO Box 379** <br> **Gardenia, CA 90248** | | | **$11,147.00** |
| **CA Secretary of State Corporation Division** <br> **1500 11th Street, 3rd Floor** <br> **Sacramento, CA 95814** | **Legal Department** <br><br> **CA Secretary of State Corporation Division** <br> **1500 11th Street, 3rd Floor** <br> **Sacramento, CA 95814** | | | **$6.600.00** |
| **Resource Polytec, Inc.** <br> **3083 East 51st Ave.** <br> **Vancouver, BC V5S 1R8** | **Legal Department** <br><br> **Resource Polytec, Inc.** <br> **3083 East 51st Ave.** <br> **Vancouver, BC V5S 1R8** | | | **$6,586.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Mike Stickel, MICA Investments, LLC, Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/4/2011**                          Signature: **s/ Mike Stickel**

                                                         **Mike Stickel ,MICA Investments, LLC, Member**
                                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Loren S. Scott, OSB #024502
scott@mb-lawoffice.com
MUHLHEIM BOYD
88 East Broadway
Eugene, OR  97401
Telephone: 541-868-8005
Facsimile:  541-868-8004
       Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. |
|---|---|
| Eugene Pipe, LLC | CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |
| Debtor. | |

      I hereby certify that on the 4th day of March, 2011, I directed my staff to serve full and complete copies of the following:

1. List of Creditors Holding 20 Largest unsecured Claims; and
2. Self-adhesive labels for the debtor, parties designated to perform the debtor's duties, debtor's attorney, and each creditor on the List of Creditors Holding 20 Largest Unsecured Claims.

by depositing in the United States mail at Eugene, Oregon, by first class mail, postage prepaid, addressed to the following:

      Office of the U.S. Trustee
      Wayne L. Morse Courthouse
      405 East 8th Avenue, Suite 1100
      Eugene, OR 97401

      DATED this 4th day of March, 2011.

      MUHLHEIM BOYD

      By:   /s/ Loren S. Scott
            Loren S. Scott, OSB #024502
            Attorneys for Debtor in Possession

CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - **Page 1 of 1**